# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED LEE DAVIS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br><br>　　　　　　　Defendant. | CASE NO. 2:18-cv-09497-GW (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action, **IT IS ADJUDGED** that the Complaint and this action are dismissed without prejudice.

DATED: February 13, 2019

_____
HON. GEORGE H. WU
U.S. DISTRICT JUDGE